# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS PAUL SULLIVAN, | ) |
|           Plaintiff, | ) CIVIL ACTION NO. 19-307 |
| v. | ) JUDGE AMBROSE |
| ANDREW SAUL, Commissioner of Social Security, | ) *(Electronic Filing)* |
|           Defendant. | ) |

## JUDGMENT ORDER

AND NOW, this  9th day of ____June_____, 2020, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

*/s/ Donetta F. Ambrose*
_____
UNITED STATES DISTRICT JUDGE